# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Piston Tank Corporation, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 23 C 3743 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Chemtool Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    The court directs the Clerk of Court to transfer this action forthwith to the Western Division of the United States District Court for the Northern District of Illinois. Plaintiffs Piston Tank Corporation and Bulk Transport Company East, Inc. bring this suit based on an event that occurred at the Chemtool Plant located in Rockton, Illinois. [1] at 1. Upon review of the file, the court finds that this division is not the most appropriate forum for this case. The events underlying the complaint took place in the Western Division of this judicial district. *See* 28 U.S.C. § 93(a). Because plaintiffs' claim arose in the Western Division, the court concludes that venue for this action is more appropriate in the Western Division. The court also notes that the complaint lists "Western Division" in its header. Accordingly, in the interests of justice, this action is hereby transferred forthwith to the Western Division of the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) for all further proceedings.

Date: September 15, 2023                                 /s/ Martha M. Pacold