# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Piston Tank Corporation, et al.

                                 Plaintiff,

v.                                                   Case No.: 1:23−cv−03743

                                                             Honorable Martha M. Pacold

Chemtool Incorporated, et al.

                                 Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. Pursuant to transfer order: [11]. (gcy, )